# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLE ULRICH, PAUL AIELLO, ANGELA BAILEY, DALE BLAND, JACOB AND BRITNEY BRELLENTHIN, DANIEL AND LYNN DAVIS, DUANE EGGE, PAUL NORTHUP, RYAN VOLMERT, KENNETH JAMES WILKINSON, AND SEAN JOSEPH ZIMMETT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>      Defendant. | Case No. 24-11007<br><br>Honorable Jonthan J.C. Grey<br><br>Magistrate Judge Elizabeth A. Stafford |

## **APPEARANCE**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Stephanie A. Douglas of the law firm of Bush Seyferth PLLC on behalf of Defendant General Motors LLC, in the above-referenced matter.

                                          **BUSH SEYFERTH PLLC**
                                          Attorneys for General Motors LLC

                                          By: */s/ Stephanie A. Douglas*
                                          Stephanie A. Douglas (P70272)
                                          100 W. Big Beaver Rd. Suite 400
                                          Troy, MI 48084
Dated: May 20, 2024                  (248) 822-7800
                                          douglas@bsplaw.com

## **NOTICE OF APPEARANCE**

TO: All Counsel of Record

PLEASE TAKE NOTICE that Stephanie A. Douglas of the law firm of Bush Seyferth PLLC has this date entered an Appearance on behalf of Defendant General Motors LLC, in the above-referenced matter.

|  |  |
|---|---|
|  | **BUSH SEYFERTH PLLC**<br>Attorneys for General Motors LLC |
|  | By: */s/ Stephanie A. Douglas*<br>Stephanie A. Douglas (P70272)<br>100 W. Big Beaver Rd. Suite 400<br>Troy, MI 48084 |
| Dated: May 20, 2024 | (248) 822-7800<br>douglas@bsplaw.com |